IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIDEL ESTRADA,

       Plaintiff,                       No. CIV S-08-0603 WBS DAD P

    vs.

RODRUGUEZ, et al.,

       Defendants.             ORDER

_____/

        Plaintiff, a state prisoner at Avenal State Prison, has filed a letter concerning the lack of accommodation for his medical condition at his prison work assignment. Plaintiff is informed that the federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, the alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

1

1  918, 932 (D.C. Cir. 1974). However, plaintiff has failed to file a proper complaint, the filing fee
2  or an application requesting leave to proceed in forma pauperis. Therefore, the court will direct
3  the Clerk of the Court to provide plaintiff with the forms for initiating a civil rights action so that
4  plaintiff may file an action in Fresno if he wishes to pursue the matter by filing a complaint, and
5  this case will be administratively closed.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff the complaint form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner that are used by the Fresno Division of the United States District Court for the Eastern District of California; and

      2. This action is administratively closed.

DATED: March 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
estra0603.noc